■ In the Matter of MARINE MIDLAND BANK, N. A., Formerly MARINE TRUST COMPANY OF BUFFALO, as Trustee Under a Trust Created by HECTOR R. CARVETH, as Settlor, Appellant. MARIE J. WOODBRIDGE, as Executor of FLORENCE C. CLARK, Deceased, Respondent.—Order unanimously affirmed with costs for reasons stated in decision at Erie County Surrogate's Court, Mattina, S. (Appeal from order of Erie County Surrogate's Court, Mattina, S.—summary judgment.) Present—Dillon, P. J., Callahan, Boomer, Green and Balio, JJ.